IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-3-11- 70708 EDL (BZ) |
| Plaintiff, | ) | |
| vs. | ) | [~~PROPOSED~~] RELEASE ORDER |
| RITA VINSON, | ) | |
| Defendant. | ) | |

The defendant shall be released on Thursday, June 30, 2011 in open court on the following conditions:

1. The defendant shall reside at Geocare halfway house until further order of the Court;

2. All of the other conditions of probation set by Judge England shall remain in effect and she shall abide by them.

The matter is set for June 30, 2011 at 9:30 for further proceedings.

Dated:  June 29, 2011

_____
BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

1